UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                    Civil No. 09-3106 (PAM/AJB)

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )    **DEFAULT JUDGMENT AND**
V.                               )    **FINAL ORDER OF**
                                 )    **FORFEITURE**
$26,791.00 IN UNITED STATES      )
CURRENCY,                        )
                                 )
          Defendant.             )

Based on the motion of the United States for an order granting default judgment against Aaron Birt, Raymond Poole, Shaina Allison and all unknown persons and entities having an interest in the defendant currency and for a final order of forfeiture; on all the files and records in this action; and on Court's finding as follows that:

1. a verified Complaint for Forfeiture *In Rem* with supporting affidavit was filed on November 5, 2009, alleging that the defendant is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. a Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on November 5, 2009, directing the U.S. Marshal to arrest the defendant;

3. on November 6, 2009, the U.S. Attorney's Office served copies of the Complaint for Forfeiture *In Rem* and supporting Affidavit, the Verification, Warrant of Arrest and

Notice *In Rem*, and the Notice of Judicial Forfeiture Proceedings, via certified mail, to Aaron Birt, through his attorney Blair W. Nelson, Raymond Poole, and Shaina Allison.

4. a Notice of Civil Forfeiture was posted by the United States on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, giving notice to all unknown interested persons and entities of the verified statement and answer requirements;

5. no verified statements of interest in or right against the defendant or answers to the Complaint for Forfeiture have been filed with the Clerk of Court or served on the United States Attorney in response to the published notice of forfeiture, and the time for filing a verified statement and answer has expired based on the published notice of forfeiture; and

6. the basis for the forfeiture of the defendant set forth in the Complaint For Forfeiture with supporting affidavit stands unrebutted, and the Plaintiff has met its burden of establishing that the defendant is forfeitable pursuant to 21 U.S.C. § 881(a)(6).

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against Aaron Birt, Raymond Poole, Shaina Allison and all unknown persons and

entities having an interest in the defendant currency; and

2. all the right, title and interest in the defaulted persons and entities in the defendant currency is forfeited to the Plaintiff, and no right, title or interest the defendant currency shall exist in any other person or entity; and

3. the defendant currency is forfeited to the United States and shall be disposed of by the Plaintiff in accordance with the law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 31, 2010
          s/Paul A. Magnuson
          PAUL A. MAGNUSON, Judge
          United States District Court